J-S52017-20

Filed 07/29/2021

# IN THE SUPERIOR COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | No. 2942 EDA 2019 |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| KYLE MARCEL PAGE | : | |
| | : | |
| Appellant | : | |

## <u>ORDER</u>

IT IS HEREBY ORDERED:

THAT upon consideration of the application for reargument filed June 11, 2021 in this appeal, the Court hereby grants **panel reconsideration**;

THAT the decision of this Court filed June 2, 2021, is hereby withdrawn; and

THAT the parties are hereby directed to file new, substituted briefs in accordance with Pa.R.A.P. 2140. Appellant, Kyle Marcel Page, shall have twenty-one (21) days from the date of this Order to file a substituted Brief for Appellant. Appellee, the Commonwealth of Pennsylvania, shall thereafter have twenty-one (21) days to file a substituted Brief for Appellee. Appellant shall thereafter have fourteen (14) days to file a Reply Brief in accordance with Pa.R.A.P. 2113(a), if desired.

PER CURIAM